**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SARAH FOGEL, individually and on behalf
of all others similarly situated,

                      Plaintiff,
    -against-                                   22 **CIVIL** 1870 (VB)

                                                  **JUDGMENT**

ENHANCED RECOVERY COMPANY, LLC,
d/b/a ERC,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      November 17, 2022

                                                     **RUBY J. KRAJICK**

                                                       _____
                                                          **Clerk of Court**

                              **BY:**    K. Mango

                                                       _____
                                                          **Deputy Clerk**